**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **DAVID HUNTER WILLIAMS** ) | | |
| **Individually and on Behalf of All Others** ) | | |
| **Similarly Situated,** ) | | Case No: 4:09-cv-471 JMM |
| ) | | |
| **Plaintiff,** ) | | |
| ) | | |
| vs. ) | | |
| ) | | |
| **PHILIP MORRIS USA, INC.,** ) | | |
| A Virginia corporation ) | | |
| ) | | |
| **ALTRIA GROUP, INC.,** ) | | |
| A Virginia corporation, ) | | |
| ) | | |
| **Defendants** ) | | |

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

The Court has considered the Motion to Appear *Pro Hac Vice* filed on behalf of the Plaintiff, David Hunter Williams, and finds same to be in accordance with Rule 83.5 of the Uniform Local Rules of the United States District Court for the Eastern District of Arkansas.

IT IS THEREFORE, ORDERED that the Motion to Appear *Pro Hac Vice* is hereby **granted** (#3), and Walter Umphrey shall be admitted *pro hac vice* to serve as co-counsel for the Plaintiff, Hunter David Williams, upon the payment of the appropriate filing fee to the Clerk of the Court and completing registration for electronic filing.

IT IS FURTHER ORDERED that the filing fee shall be paid within fifteen (15) days of the date of this Order, if not already paid.

1

SO ORDERED, this the   23   day of   July  , 2009.

_____
HONORABLE JAMES M. MOODY
UNITED STATES MAGISTRATE JUDGE