**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**


**DAVID HUNTER WILLIAMS,**
**INDIVIDUALLY AND ON BEHALF OF ALL OTHERS**
**SIMILARLY SITUATED**                                              **PLAINTIFF**


**VS.**                       **CASE NO. 4:09CV00471 JMM**


**PHILIP MORRIS USA INC.,**
**A VIRGINIA CORPORATION, ET AL.**                         **DEFENDANTS**


**ORDER**

    Defendant Philip Morris USA, Inc's, Unopposed Motion to Stay all Proceedings Pending

Resolution of MDL Petition is granted (#15). The above styled case is stayed until such time as

the Judicial Panel on Multidistrict Litigation has issued its opinion on whether this case should

be transferred pursuant to 28 U.S.C. § 1407.

    IT IS SO ORDERED THIS   9   day of    September   , 2009.




                                              _____
                                              James M. Moody
                                              United States District Judge